UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00297 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL HOLDER | MAGISTRATE JUDGE HAYES |

**O R D E R**

Defendant, Michael Holder, is before the Court on a *pro se* Motion to Dismiss (Record Document 30). Mr. Holder is represented by an attorney, Walter Caldwell, in the criminal proceedings before this Court. The law is clear that a defendant in a criminal trial has the right to represent himself or to be represented by counsel, but does not have the right to hybrid representation, partly by counsel and partly by himself. See U.S. v. Daniels, 572 F.2d 535 (5th Cir. 1978).

This Court does not consider *pro se* motions from a defendant who is represented, as is the case here, by competent defense counsel. Because Defendant is represented by Mr. Caldwell, all motions and filings must be filed by Mr. Caldwell.

Accordingly, **IT IS ORDERED** that the Motion to Dismiss (Record Document 30) is **DENIED,** and that all future motions must be filed by Mr. Caldwell.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 6th day of September, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT